VAIMAONA FOLOI and Family, Appellants

v.

PALEAFEI TAVESI and Family, Appellees

High Court of American Samoa
Appellate Division

AP No. 09-85

October 31, 1986

Before REES, Chief Justice, GARDNER*, Acting
Associate Justice, KENNEDY**, Acting Associate
Justice, OLO, Associate Judge, and AFUOLA,
Associate Judge.

Counsel: For the Appellants, Aviata Fa'alevao
For the Appellees, Albert Mailo

Per KENNEDY, J.:

Appellant Vaimaona Foloi challenges the
decision of the Land & Titles Division of the High
Court of American Samoa determining that appellee
Paleafei Tavesi and his family had a stronger claim
to the land known as Ululoloa, and restraining
members of Vaimaona's family from going onto this
land without permission of the matais of the
Paleafei family. We affirm.

Visits by judges to land over which title is
disputed are not uncommon. See, e.g., Nua Kone v.
Leomiti, 4 A.S.R. 404, 406 (Trial Div. 1963); Sa v.
Fia, 4 A.S.R. 437, 438 (Trial Div. 1963). In this
case only one member of the court attended at the
time and place set for the view, and Vaimaona
asserts this taints the proceedings, noting further
that the trial judge who did take view reported his
findings in detail to the rest of the court.

We reject Vaimaona's contention that the
proceedings were tainted. Counsel for both parties
were present and participated in the view with the
judge. No objection was made by either counsel.

The parties thus waived any irregularity in having a formal view by less than all, or less than a majority, of the panel.

The court's finding that "no one actually lives on the land in question" is not clearly erroneous, based as it is on the testimony of witnesses whose reliability the court had the chance to evaluate, as well as the judge's own view of the property.

The decision of the Land & Titles Division of the High Court of American Samoa is AFFIRMED.

--------------------------------------------------

* Honorable Robert Gardner, Chief Justice Emeritus, High Court of American Samoa, serving by designation of the Secretary of the Interior.

** Honorable Anthony M. Kennedy, Judge, United States Court of Appeals for the Ninth Circuit, serving by designation of the Secretary of the Interior.